UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAENGPHET LNU (LAST NAME UNKNOWN),<br><br>                    Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, PAMELA JO BONDI, Attorney General, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, JESUS ROCHA, Acting Field Office Director, San Diego Field Office, CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center,<br><br>                    Respondents. | Case No.: 3:26-cv-276-JES-BLM<br><br>**ORDER:**<br><br>**(1) STAYING THE BRIEFING SCHEDULE FOR THE PETITION FOR WRIT OF HABEAS CORPUS and MOTION FOR TEMPORARY RESTRAINING ORDER; and**<br><br>**(2) REQUIRING PARTIES' JOINT STATUS REPORT** |

//

//

//

1

On February 25, 2026, the parties submitted a joint status report requesting the Court to continue the stay of the briefing schedule on the petition and motion for temporary restraining order; and require the parties to file another joint status report in 30 days. ECF No. 11.

Good cause appearing, the Court **GRANTS** the Joint Motion and **ORDERS** the following:

1. The briefing schedule on the Petition and Motion for Restraining Order is **STAYED** until otherwise ordered by the Court, (*see* ECF No. 8); and

2. The parties are **ORDERED** to **FILE** a Joint Status Report on or before March 27, 2026, to inform the Court of any developments pertaining to the status of Petitioner's removal and travel document.

**IT IS SO ORDERED.**

Dated: March 23, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-276-JES-BLM