UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAENGPHET LNU (LAST NAME UNKNOWN),

Petitioner,

v.

KRISTI NOEM, Secretary of the Department of Homeland Security, PAMELA JO BONDI, Attorney General, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, JESUS ROCHA, Acting Field Office Director, San Diego Field Office, CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center,

Respondents.

Case No.: 3:26-cv-276-JES-BLM

**ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE FOR THE PETITION FOR WRIT OF HABEAS CORPUS and MOTION FOR TEMPORARY RESTRAINING ORDER**

//

//

//

1

3:26-cv-276-JES-BLM

On March 27, 2026, the parties submitted a joint status report. ECF No. 13. Respondents argue that Petitioner's removal is reasonably likely to occur in the reasonably foreseeable future, and that he should remain in ICE detention pending that removal. *Id.* at 2. Petitioner argues for his immediate release. *Id.* At this time, the Court lifts the stay of the briefing schedule previously issued and Respondents are **ORDERED TO SHOW CAUSE** as to why the Petition should not be granted by filing a Response no later than 5:00 p.m. on **Friday, May 15, 2026.** The Response shall include any documents relevant to the determination of the issues raised in the Petition. Petitioner may file an optional Traverse in support of the Petition, no later than 5:00 p.m. on **Friday, May 22, 2026.** However, upon receipt of the Response, the Court will consider the matter fully briefed and no oral argument will be held unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: May 1, 2026

Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-276-JES-BLM