UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAENGPHET LNU (LAST NAME UNKNOWN),

                              Petitioner,

v.

KRISTI NOEM, Secretary of the Department of Homeland Security, PAMELA JO BONDI, Attorney General, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, JESUS ROCHA, Acting Field Office Director, San Diego Field Office, CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center,

                              Respondents.

Case No.: 3:26-cv-276-JES-BLM

**AMENDED ORDER GRANTING RESPONDENTS' MOTION TO EXTEND RESPONDENTS' RESPONSE DEADLINE TO THE PETITION FOR WRIT OF HABEAS CORPUS and MOTION FOR TEMPORARY RESTRAINING ORDER**

Before the Court is Respondents' Motion for an Extension of Time for Filing of Respondents' Return to the Petition for Writ of Habeas Corpus and Petitioner's optional Traverse ("Motion"). ECF No 16, ("Mot."). In the Motion, Respondents request an extension until May 19, 2026, to file a Return because ICE ERO has manifested Petitioner

1

for a removal flight to occur no later than May 18, 2026. *Id.* at 1. Petitioner, through counsel, Kara Hartzler, Federal Defenders, objects to this Motion. *Id.* at 2.

Good cause appearing, the Court **GRANTS** the Motion and **ORDERS** the following:

1. Respondents are **ORDERED** to **FILE** a Return to the Petition on or before Tuesday, May 19, 2026,

2. Petitioner's **MAY FILE** an optional Traverse on or before Friday, May 22, 2026.

**IT IS SO ORDERED.**

Dated: May 12, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

3:26-cv-276-JES-BLM