UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAENGPHET LNU (LAST NAME UNKNOWN), | Case No.: 3:26-cv-00276-JES-BLM |
| Petitioner, | **ORDER REQUIRING PARTIES' JOINT STATUS REPORT** |
| v. | |
| KRISTI NOEM, Secretary of the Department of Homeland Security, PAMELA JO BONDI, Attorney General, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, JESUS ROCHA, Acting Field Office Director, San Diego Field Office, CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center, | |
| Respondents. | |

On July 1, 2026, Respondents submitted a status report updating the Court on the status of Petitioner's immigration proceedings and attempts at removal to Laos. *See Generally* ECF No. 23. Respondents currently have a valid travel document that expires on July 27, 2026. *Id.* at 2. Petitioner has appealed the immigration judge's ("IJ") denial of the motion to reopen removal proceedings to the Board of Immigration Appeals ("BIA").

3:26-cv-00276-JES-BLM

*Id.* at 1-2. On May 12, 2026, the BIA issued a stay on removal and Petitioner was removed from a flight to Laos. *Id.* at 2. As of July 1, 2026, the BIA has not yet ruled on the appeal of the IJ's denial of the motion to reopen. *Id.*

The parties are **ORDERED** to **FILE** a Joint Status Report on or before **August 7, 2026**, to inform the Court of any developments pertaining to the status of Petitioner's removal and appeal to the BIA.

**IT IS SO ORDERED.**

Dated: July 24, 2026

Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-00276-JES-BLM